UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERCIA, | |
|---|---|
| | CRIMINAL ACTION NO. |
| v. | 1:11-CR-373-CAP |
| CARL SKOW, | |

### **O R D E R**

This matter is before the court on the magistrate judge's report and recommendation ("R&R") on the defendant's motion to suppress [Doc. No. 85]. After carefully considering the R&R, the objections thereto [Doc. No. 92], and the record as a whole, the court receives the R&R with approval and ADOPTS it as the opinion and order f this court.

**SO ORDERED** this 2nd day October, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge